**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 19-22013-CIV-WILLIAMS/TORRES**

NERVA ALMEIDA,

      Plaintiff,

vs.

ANDREW SAUL, Acting Commissioner of
the Social Security Administration,

      Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court upon Magistrate Judge Edwin G. Torres' report and recommendation.  (DE 23).  In the Report, Judge Torres presents a thorough and exhaustive analysis of the Parties' cross motions for summary judgment and the record, and recommends that Plaintiff's motion for summary judgment (DE 16) be granted in part and that Defendant's motion for summary judgment (DE 19) be denied.

Judge Torres further recommends that this case be remanded for further proceedings. Specifically, Judge Torres recommends that the Administrative Law Judge (ALJ) consider the opinions of Plaintiff's treating physician, Dr. Turner; assess the appropriate weight that should be assigned to them; and reconsider at step five whether there are jobs in the national economy that Plaintiff can perform.  No objections to the Report have been filed, and the time to do so has now passed.

Upon an independent review of the Report, the record, and applicable case law, the Court agrees with Judge Torres.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 23) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for summary judgment (DE 16) is **GRANTED IN PART**.

3. Defendant's motion for summary judgment (DE 19) is **DENIED**.

4. This case is **REMANDED** with instructions to the ALJ to consider the opinions of Plaintiff's treating physician, Dr. Turner; assess the appropriate weight that should be assigned to them; and reconsider at step five whether there are jobs in the national economy that Plaintiff can perform.

5. All other pending motions are **DENIED AS MOOT**.

6. The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 1st day of October, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE